IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:15-cr-00085-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| (6)  JEREMIAH JEROME GIBBY and ) | |
| (10) AMANDA BROOKE McKINNEY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant Gibby's Motion to Extend the Plea Deadline, and in the alternative, Continue Trial [Doc. 321], and Defendant McKinney's Motion to Continue Trial, and in the alternative, Extend the Plea Deadline [Doc. 328].

On September 15, 2015, the above referenced Defendants and their co-defendants were charged in an eleven-count Bill of Indictment with, *inter alia*, conspiracy to distribute and possess with intent to distribute a quantity of methamphetamine, in violation of 21 U.S.C. § 846.  [Doc. 3].  The Defendants are currently scheduled for trial during the June 20, 2016 trial term.

Defendants McKinney and Gibby now move, as an alternative remedy, for an extension of the plea deadline. For grounds, Defendants state that additional time is needed to consider and possibly file a plea agreement, and that the Government does not oppose the Motion.

For all of the reasons cited by the Defendants, the Court finds that the Defendants' plea deadlines should be extended by one week to June 10, 2016. Accordingly, this Court need not consider the Defendants' alternative requests for a continuance of the trial term at this time.

**IT IS, THEREFORE, ORDERED** that Defendant Gibby's Motion to Extend the Plea Deadline, and in the alternative, Continue Trial [Doc. 321], and Defendant McKinney's Motion to Continue Trial, and in the alternative, Extend the Plea Deadline [Doc. 328] are **GRANTED IN PART and DENIED IN PART**. Specifically, the Defendants' Motions to Extend the Plea Deadline are **GRANTED**, and the Defendant shall have until June 10, 2016, to file any plea agreement. The Defendants' Motions to Continue Docket Call/Trial are **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

Signed: June 7, 2016

Martin Reidinger
United States District Judge